■ MITCHELL G. BLUMBERG, Appellant, v BERNARD M. MANUEL et al., Respondents. [649 NYS2d 787] —Order, Supreme Court, New York County (Ira Gammerman, J.), entered on or about June 23, 1995, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, with costs.

Plaintiff's vague evidence failed to satisfy his obligation to show "customary indicia" of a partnership (*M.I.F. Sec. Co. v Stamm & Co.*, 94 AD2d 211, 214, *affd* 60 NY2d 936). In particular, plaintiff made an insufficient showing as to the essential element of an agreement to share losses (*see, Chanler v Roberts*, 200 AD2d 489, 491, *lv denied* 84 NY2d 903), and also as to sharing in management decisions.

We have considered plaintiff's remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.

■ CITY OF NEW YORK, Respondent-Appellant, v ALEX LIBERMAN, Defendant, and SYLVAN LAWRENCE Co. et al., Appellants-Respondents. [649 NYS2d 787] —Order and judgment (one paper), Supreme Court, New York County (Herman Cahn, J.), entered September 18, 1995, unanimously affirmed for the reasons stated by Cahn, J., without costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW WALCOTT, Appellant. [649 NYS2d 785] —Judgment, Supreme Court, Bronx County (William Wallace, J.), rendered on or about December 7, 1993, which convicted defendant, upon his plea of guilty, of robbery in the first degree and criminal use of a firearm in the first degree and sentenced him to concurrent terms of imprisonment of 6 to 18 years and 9 to 18 years, respectively, unanimously affirmed.

Defendant's allegations have not been made upon a record capable of review. Concur—Sullivan, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.